# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

WAIVER OF INDICTMENT

UNITED STATES OF AMERICA

      v.                          CASE NUMBER: 4:08CR00 46

BRIAN T. NICHOL, M.D.

    I, BRIAN T. NICHOL, M.D., the above named defendant, who is accused of Health Care Fraud in violation of Title 18 United States Code, Section 1347, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Jan 30, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 30 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

_____
Defendant, BRIAN T. NICHOL, M.D.

_____
Counsel for Defendant,

Before _____
        Judicial Officer