U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED 1/30/08
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.

4:08CR 46

18 U.S.C. § 1347

BRIAN T. NICHOL, M.D.

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

From in or about January 2005 through on or about April 19, 2006, in the Eastern District of Arkansas,

BRIAN T. NICHOL, M.D.

knowingly, by means of deliberate ignorance, and willfully executed a scheme and artifice to defraud Medicare and the Arkansas Medicaid program, both health care benefit programs, and to obtain by means of fraudulent pretenses and representations any of the money under the custody and control of Medicare and the Arkansas Medicaid program, both health care benefit programs; to wit, the Defendant made false certifications in the claims he submitted to Medicare and the Arkansas Medicaid Program under the Current Procedural Terminology (CPT) code  95990.

All in violation of Title 18, United States Code, Section 1347.

JANE W. DUKE
UNITED STATES ATTORNEY

_____
UNITED STATES ATTORNEY/ASSISTANT

LAURA G. HOEY
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, Arkansas   72203
501-340-2600