IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                         CASE NO.  4:08cr00046-01 JMM

BRIAN T. NICHOL

ORDER

At the sentencing hearing held May 16, 2008, restitution in the amount of $15,300.69 ($14,585.98 to Centers of Medicare and Medicaid Services and $714.71 to Arkansas Program Trust Fund) was ordered.   The Court directed the United States Probation Office to determine and submit to the Court an appropriate payment plan.

Based on the recommendation of the United States Probation Officer, Defendant shall immediately begin  making monthly restitution payments of at least $300.00 per month.

The remaining portions of the Judgment (docket entry #12) remain in full force and effect.

The Clerk is directed to provide a copy of this Order to the United States Probation Office, United States Marshals Service and to the Financial Section of the United States District Court.

IT IS SO ORDERED THIS 24th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE