# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                      **NO. 4:08CR0046**

**BRIAN T. NICHOL**

## ORDER

Pending is Defendant's unopposed motion for early termination of probation. (Docket # 14). For good cause shown, the motion is granted. The term of probation set forth in the judgment of conviction entered on May 16, 2008 (DE #12) is hereby terminated. The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 20th day of September, 2011.

_____
James M. Moody
United States District Judge